**No. 45808.**—Protests 937910–G, etc., of W. J. Bush & Co. et al. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of ginger root similar to that the subject of *Wilson* v. *United States* (28 C. C. P. A. 63,

C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.